IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VFS FINANCING, INC., a
Delaware corporation,

        3:13-cv-00107-HDM-WGC

    Plaintiff,

        ORDER

vs.

STACEY L. GONFIANTINI, et al.,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 6th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE