# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VFS FINANCING, INC., | ) | 3:13-CV-0109-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| STACEY L. GONFIANTINI., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to file the joint case management report *under seal* (#80) is **GRANTED**. The joint case management report is filed and shall remain *under seal* (#81).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
       Deputy Clerk