## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VFS FINANCING, INC., ) | 3:13-cv-00109-RCJ-VPC |
| ) | |
| Plaintiff, ) | |
| ) | **MINUTES OF THE COURT** |
| v. ) | |
| ) | |
| STACEY L. GONFIANTINI, *et al.*, ) | |
| ) | |
| ) | November 22, 2013 |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is a discovery dispute regarding Request for Admission ("RFA") No. 29 propounded to defendant Stacey Gonfiantini "defendant." Subsequent to the hearing, the court reviewed relevant case law, including the cases cited by the parties, as well as the Advisory Committee Notes to Fed. R. Civ. P. 36 for the 1970 Amendment of the Federal Rules of Civil Procedure.

The court finds that defendant's objections to RFA No. 29 are improper. Therefore, the court directs defendant to either admit or deny RFA No. 29. *See, e.g.*, *Marchand v. Mercy Medical Center*, 22 F.3d 933, 937-938 (9th Cir. 1994); *Playboy Enterprises v. Welles*, 60 F.Supp.2d 1050, 1057 (S.D. Cal. 1999); *Long v. Howard University*, 561 F.Supp.2d 85, 94 (D.D.C. 2008); *House v Giant of Maryland LLC*, 232 F.R.D. 257, 262 (E.D. Va. 2005).

Accordingly, defendant **SHALL PROVIDE** a Supplemental Response to RFA No. 29 on or before **Monday, November 25, 2013 at Noon, P.S.T**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
             Deputy Clerk